No. 807. COLEMAN v. RAGEN, WARDEN. March 11, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 820. TAYLOR v. NIERSTHEIMER, WARDEN;
No. 829. SIMMONS v. NIERSTHEIMER, WARDEN;
No. 836. ARMSTRONG v. RAGEN, WARDEN;
No. 842. CROWLEY v. ILLINOIS. March 11, 1946. Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 761. PEASE v. PARKER, WARDEN. March 11, 1946. Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 776. HUMBLE v. RAGEN, WARDEN. March 11, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C. 350.

No. 784. GANT v. UNITED STATES. March 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Warren O. Coleman* for petitioner. *Solicitor General McGrath* and *Robert S. Erdahl* for the United States.

No. 801. CRAIN ET AL., TRUSTEES, v. UNITED STATES. March 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for. the Eighth Circuit denied. *Geo. E. H. Goodner* and *Scott P. Crampton* for petitioners. *Solicitor General McGrath, Paul A. Sweeney* and *Abraham J. Harris* for the United States.